JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TRAVELERS COMMERCIAL INSURANCE COMPANY, | ) Case No. CV 14-8530 FMO (PJWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MS APPLIANCE SERVICE; MARK SHTRIKMAN dba MS APPLIANCE SERVICE; AMERICAN HOME SHIELD CORPORATION; DOES 1-50, inclusive, | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 1st day of February, 2016.

/s/
Fernando M. Olguin
United States District Judge